UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21905-CIV-HOEVELER/O'SULLIVAN

THE PROVIDENT BANK,

    Plaintiff,

v.

ROGERIO MARSAN,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion to Compel Defendant Rogerio Marsan's Answers/Responses to Discovery in Aid of Execution (DE # 21, 4/10/13). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Accordingly, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiff's Motion to Compel Defendant Rogerio Marsan's Answers/Responses to Discovery in Aid of Execution (DE # 21, 4/10/13) on or before April 30, 2013. The failure to file a response may result in an Order granting the Plaintiff's Motion to Compel Defendant Rogerio Marsan's Answers/Responses to Discovery in Aid of Execution (DE

# 21, 4/10/13) in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 16th day of April, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Hoeveler
All counsel of record